**Opinion issued June 21, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-11-00241-CV

_____

**PHILLIP CAMERON BRISCOE, Appellant**

**V.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 1055788**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed on March 15, 2011. The parties have filed a joint motion indicating that all matters of controversy and issues in dispute have been resolved and ask us to render a take-nothing judgment on all

claims and counterclaims in accordance with their agreement. *See* TEX. R. APP. P. 42.1.

The motion is granted. We reverse the judgment of the trial court and render a take-nothing judgment on all claims and counterclaims. *See* TEX. R. APP. P. 42.1(a)(2)(A). The Clerk is directed to issue mandate within ten days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.